**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 6, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Martinez-Lopez v. Reid, et al.*, No. 26 Civ. 2893 (PAE)

Dear Judge Engelmayer:

This Office represents Respondents (the "Government") in the above-referenced immigration habeas corpus action. On April 27, 2026, the Court issued an Opinion and Order, directing the government to provide Petitioner with a bond hearing before an immigration judge by May 4, 2026 with the burden on ICE to show flight risk or danger by clear and convincing evidence. ECF No. 7. The bond hearing was originally scheduled for May 1, 2026, but was rescheduled to May 4, 2026 at the request of Petitioner, and then rescheduled again to May 5, 2026 due to technical difficulties at the immigration court.[1] The bond hearing went forward on May 5, and the immigration judge granted $5,000 bond and directed Petitioner to use a telephonic alternative to detention as provided by ICE. *See* Bond Order (attached). This Office will obtain the audio recording and order a transcript of the hearing, and we will file the transcript as soon as we obtain it.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *_/s/ Janet Lynne Guyon_*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (917) 484-0324
E-mail: janet.guyon@usdoj.gov

cc: Counsle of record (by ECF)

[1] The government had notified the Court of the rescheduling issues on May 4, and the Court granted the government an extension until May 5 to hold the bond hearing. ECF Nos. 9, 10.

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
MARTINEZ-LOPEZ, BRANDON ALEXIS

To:
Fankbonner, Edgar Loy
1120 Ave. of the Americas
Suite 4149
New York, NY 10036

A-Number:
206-836-857

Riders:
In Custody Redetermination Proceedings

Date:
05/05/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:

- ☐ released from custody on his own recognizance.
- ☑ released from custody under bond of $ 5,000.00
- ☑ other:

  The respondent is required to use a telephonic alternative to detention as provided by ICE.

☐ Other:

Immigration Judge: REID, DARA FAITH 05/05/2026

Appeal: Department of Homeland Security: ☐ waived ☑ reserved
Respondent: ☑ waived ☐ reserved

Appeal Due: 06/04/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : MARTINEZ-LOPEZ, BRANDON ALEXIS | A-Number : 206-836-857

Riders:

Date: 05/05/2026 By: REID, DARA FAITH, Immigration Judge

The Court thanks the Government for this status letter.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: May 6, 2026
New York, New York