**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 21, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Martinez-Lopez v. Reid, et al.*, No. 26 Civ. 2893 (PAE)

Dear Judge Engelmayer:

This Office represents Respondents (the "Government") in the above-referenced immigration habeas corpus action. On April 27, 2026, the Court issued an Opinion and Order, directing the government to provide Petitioner with a bond hearing before an immigration judge by May 4, 2026 with the burden on ICE to show flight risk or danger by clear and convincing evidence and provide a transcript when it became available. ECF No. 7. Attached is a written transcript of that bond hearing, which was rescheduled to May 5, 2026 due to technical difficulties at the immigration court.[1]

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *<u>/s/ Janet Lynne Guyon</u>*
JANET LYNNE GUYON
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (917) 484-0324
E-mail: janet.guyon@usdoj.gov

cc: Counsel of record (by ECF)

[1] The government notified the Court of the rescheduling issues on May 4, and the Court granted the government an extension until May 5 to hold the bond hearing. ECF Nos. 9, 10.

The Court thanks the Government for this letter and bond hearing transcript.

The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

SO ORDERED.

Paul A. Engelmayer

Date: May 22, 2026
New York, New York

PAUL A. ENGELMAYER
United States District Judge